IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**JENNIFER BRANDI PHELPS**                                                **PLAINTIFF**

v.                        No. 4:14–CV–684-SWW

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 26th day of August, 2015.

                                                   /s/Susan Webber Wright

                                                   UNITED STATES DISTRICT JUDGE